IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIE J. BUTLER,

Defendant.                                            No. 14-30046-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is defendant's motion for continuance (Doc. 20). Defendant states that his counsel needs more time to adequately prepare for trial. The government does not object to the motion.  The Court being fully advised in the premises finds that defendant needs additional time to prepare for trial. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial.  The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion for continuance (Doc. 20). The Court **CONTINUES** the jury trial scheduled for May 5, 2014 to **August 4, 2014 at 9:00 a.m.**  The time from the date the original motion was filed, April 30, 2014, until the date to which the trial is rescheduled, August 4, 2014, is excludable time

1

for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 1st day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.01 10:03:14 -05'00'

**Chief Judge**
**United States District Court**

2