IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-30046-DWD |
| ) | |
| WILLIE J. BUTLER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**DUGAN, District Judge:**

On November 23, 2020, Defendant Willie J. Butler filed his Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1) (Doc. 61). Butler asks the Court to grant his request for compassionate release and enter an order reducing his sentence to time served because of his parents' medical conditions and their need for financial assistance. *Id.* Butler states that he has received an offer of employment pending his release. *Id.* However, Butler has not provided any proof that he petitioned the Bureau of Prisons to bring this motion on his behalf, or otherwise exhausted his administrative remedies, prior to filing his motion in this district court as required by 18 U.S.C. § 3582(c)(1)(A).

Before a defendant can file a request for compassionate release, he must first file a request with the prison warden asking the Bureau of Prisons to move for compassionate release on defendant's behalf. 18 U.S.C. § 3582(c)(1)(A). If the warden denies defendant's request, the defendant must appeal that denial through the Bureau of Prisons'

1

administrative remedy procedure. 18 U.S.C. § 3582(c)(1)(A).  Alternatively, the defendant may move for compassionate release by showing that he submitted a request to the prison warden, but that thirty (30) days have passed since the request was submitted without action by the Bureau of Prisons.  *Id.*

Accordingly, it is hereby **ORDERED** that Defendant Willie J. Butler shall submit proof by **December 28, 2020** that he exhausted his administrative remedies or that more than thirty (30) days have passed since the request was submitted to the warden without action by the Bureau of Prisons.  Defendant's failure to timely comply with this order will result in the denial of his motion.

The Clerk of Court is **DIRECTED** to send a copy of this Order to Defendant Butler.

**SO ORDERED.**

Dated:  November 25, 2020

_____
DAVID W. DUGAN
United States District Judge

2